1  Tanya E. Moore, SBN 206683
   MOORE LAW FIRM, P.C.
2  332 North Second Street
   San Jose, California  95112
3  Telephone (408) 298-2000
   Facsimile  (408) 298-6046
4
   Attorneys for Plaintiff
5  Natividad Gutierrez

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATIVIDAD GUTIERREZ,<br><br>        Plaintiff,<br><br>     vs.<br><br>SHALABY ENTERPRISES LLC, TOM LICOURIS, LYNNE LICOURIS,<br><br>        Defendants. | No. 1:11-CV-00635-LJO-GSA<br><br>**STIPULATION TO CONTINUE MANDATORY SCHEDULING CONFERENCE; ORDER** |

**WHEREAS**, Plaintiff's counsel will be unavailable from July 6, 2011 through August 3, 2011;

**WHEREAS**, the Mandatory Scheduling Conference is currently set for July 26, 2011 during Plaintiff's counsel's absence;

**IT IS HEREBY STIPULATED** by and between the Parties hereto, by and through their respective counsel, that the Mandatory Scheduling Conference in this matter be continued to a date convenient to the Court after August 15, 2011.

Dated: June 15, 2011                              MOORE LAW FIRM, P.C.


                                                  /s/ Tanya E. Moore
                                                  Tanya E. Moore
                                                  Attorneys for Plaintiff Natividad Gutierrez

Stipulation to Continue Mandatory Scheduling Conference
Page 1

| | |
|---|---|
| Dated:  June 15, 2011 | JACOBSON, HANSEN, NAJARIAN & McQUILLAN |
| | |
| | /s/ Leith B. Hansen<br>Leith B. Hansen<br>Attorneys for Defendant Shalaby Enterprises, Inc. |
| Dated:  June 15, 2011 | HELON & MANFREDO LLP |
| | /s/ Donald R. Forbes<br>Donald R. Forbes<br>Attorneys for Defendants Tom Licouris and Lynne Licouris |

**ORDER**

The parties having so stipulated and good cause appearing therefor,

IT IS HEREBY ORDERED that the Mandatory Scheduling Conference currently set for July 26, 2011 be continued to August 23, 2011at 9:30 a.m. in Courtroom 10 before the Honorable Gary S. Austin.  A joint scheduling report shall be filed no later than seven (7) days prior to the conference.

IT IS SO ORDERED.

Dated:  **June 15, 2011**           **/s/ Gary S. Austin**
UNITED STATES MAGISTRATE JUDGE

Stipulation to Continue Mandatory Scheduling Conference
Page 2