UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATIVIDAD GUTIERREZ,<br><br>　　　　　　　Plaintiff,<br>　　vs.<br>SHALABY ENTERPRISES, LLC,<br>et al.,<br>　　　　　　　Defendants.<br>_____ / | CASE NO. CV F 11-0635 LJO GSA<br><br>**ORDER AFTER SETTLEMENT**<br>(Doc. 23.) |

　　　Plaintiff's counsel filed papers to indicate this action has settled and to request up to January 31, 2012 to file papers to dismiss this action. Plaintiff fails to explain the need for three months to complete settlement and file papers to dismiss this action. As such, this Court ORDERS the parties, **no later than December 15, 2011,** to file appropriate papers to dismiss or conclude this action in its entirety, or to outline the status of settlement completion.

　　　This Court VACATES all pending dates and matters, including the November 9, 2011 scheduling conference.

　　　Failure to comply with this order may be grounds for the imposition of sanctions on counsel or parties who contributed to violation of this order. *See* Local Rules160 and 272.

IT IS SO ORDERED.

**Dated:　November 3, 2011**　　　　　　　　　　/s/ Lawrence J. O'Neill
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE