1  K. Randolph Moore, SBN 106933
   Tanya E. Moore, SBN 206683
2  MOORE LAW FIRM, P.C.
   332 North Second Street
3  San Jose, California  95112
   Telephone: (408) 298-2000
4  Facsimile:  (408) 298-6046

5  Attorneys for Plaintiff
   Natividad Gutierrez

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATIVIDAD GUTIERREZ, | No.   1:11-CV-00635-LJO-GSA |
| Plaintiff, | **STIPULATION FOR DISMISSAL OF ACTION; [PROPOSED] ORDER** |
| vs. | |
| SHALABY ENTERPRISES, LLC, TOM LICOURIS, LYNNE LICOURIS, | |
| Defendants. | |

    IT IS HEREBY STIPULATED by and between Plaintiff Natividad Gutierrez ("Plaintiff") and Defendants Shalaby Enterprises, LLC, Tom Licouris and Lynne Licouris ("Defendants"), by and through their respective counsel, that pursuant to Federal Rule of Civil Procedure 41(a)(2), Defendants be dismissed with prejudice from this action.

    IT IS FURTHER STIPULATED between Plaintiff and Defendants that this case has been settled as between them and all issues and controversies have been resolved to their mutual satisfaction. Plaintiff and Defendants request the Court to retain jurisdiction to enforce

///

///

///

///

*Gutierrez v. Shalaby, et al.*
Stipulation for Dismissal; [Proposed] Order

the terms of their settlement agreement under the authority of *Kokkonen v. Guardian Life Ins. Co. of America,* 511 U.S. 375, 381-82 (1994).

| | |
|---|---|
| Date: December 12, 2011 | MOORE LAW FIRM, P.C. |
| | /s/ Tanya E. Moore<br>Tanya E. Moore<br>Attorney for Plaintiff Natividad Gutierrez |
| Date: December 12, 2011 | JACOBSEN, HANSEN, NAJARIAN & McQUILLAN |
| | /s/ Leith B. Hansen<br>Leith B. Hansen, Attorneys for<br>Defendant Shalaby Enterprises, LLC |
| Date: December 12, 2011 | HELEN & MANFREDO LLP |
| | /s/ Donald R. Forbes<br>Donald R. Forbes, Attorneys for<br>Defendants Tom Licouris and Lynne Licouris |

## ORDER

The parties having so stipulated,

**IT IS HEREBY ORDERED** as follows:

1. Plaintiff Natividad Gutierrez ("Plaintiff") and Defendants Shalaby Enterprises, LLC, Tom Licouris and Lynne Licouris ("Defendants") shall comply with the terms of the confidential Settlement Agreement and Release in Full, the terms of which are incorporated herein by reference.

2. By consent of Plaintiff and Defendants, the Court shall retain jurisdiction in this matter for the purpose of enforcing the terms of the settlement agreement.

///

///

*Gutierrez v. Shalaby, et al.*
Stipulation for Dismissal; [Proposed] Order

3. Except as provided for in paragraphs 1 and 2 above, Defendants Shalaby Enterprises, LLC, Tom Licouris and Lynne Licouris are dismissed with prejudice from this action.

The clerk is directed to close this action.

IT IS SO ORDERED.

Dated: **December 12, 2011**            /s/ Lawrence J. O'Neill
                                             UNITED STATES DISTRICT JUDGE

*Gutierrez v. Shalaby, et al.*
Stipulation for Dismissal; [Proposed] Order

Page 3